## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**AMBROSE McKINNEY**
**110 Cliff Finch**
**Sunflower, MS 38778,**

**ERMATEEN L. MURRY**
**704 King Lane**
**Selma, AL 36701,**

**CAROLD BATTLE**
**24796 Highway 82 East**
**Union Springs, AL 36089**

**- and -**

**ADDITIONAL PLAINTIFFS AS LISTED**
**IN APPENDIX A,**

    **Plaintiffs,**

    **v.**

**ED SCHAFER, Secretary**
**THE UNITED STATES DEPARTMENT**
**OF AGRICULTURE**
**1400 Independence Avenue, S.W.**
**Washington, DC 20250,**

    **Defendant.**

**Civil Action No. 08-cv-01062-PLF**

## NOTICE OF APPEARANCE

Please notice the appearance of Andrew H. Marks as counsel for Plaintiffs in the above-captioned matter.

Dated:  July 30, 2008                          Respectfully submitted,


                                                     _____/s/_____
                                               Andrew H. Marks, D.C. Bar No. 932269
                                               Laurel Pyke Malson, D.C. Bar No. 317776
                                               David E. Bell, D.C. Bar No. 477903
                                               Ashley R. Riveira, D.C. Bar No. 492694
                                               CROWELL & MORING LLP
                                               1001 Pennsylvania Avenue, N.W.
                                               Washington, DC 20004
                                               Phone:  202-624-2500
                                               Fax:  202-628-5116

                                               *Counsel for Plaintiffs*

Of Counsel:
     James Scott Farrin, Esq.
     LAW OFFICES OF JAMES SCOTT FARRIN
     4819 Emperor Boulevard, Suite 200
     Durham NC, 27703
     Phone: 919-688-4991
     Fax: 919-688-4468

     Donald McEachin, Esq.
     MCEACHIN & GEE LLP
     4719 Nine Mile Road
     Richmond, VA 23223
     Phone: 804-226-4111
     Fax: 804-226-8888

## CERTIFICATE OF SERVICE

I certify that on this 30th day of July 2008, I sent by ECF and electronic-mail a copy of the foregoing Notice of Appearance to the following counsel:

Michael Sitcov
Rachel J. Hines
Tamra T. Moore
UNITED STATES DEPARTMENT OF JUSTICE
Federal Programs Branch
Civil Division
20 Massachusetts Avenue N.W., Room 6146
Washington, DC  20001
michael.sitcov@usdoj.gov
rachel.hines@usdoj.gov
tamra.moore@usdoj.gov

Doris Coles-Huff
Rudolph Contreras
UNITED STATES ATTORNEY'S OFFICE
Civil Division, Room E4216
555 4th Street, N.W.
Washington, DC 20530
doris.coles@usdoj.gov
rudolph.contreras@usdoj.gov

_____/s/_____
David E. Bell